UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Madalyn Barton Fischer</u>

                v.                                           Civil No. 09-cv-112-JL

<u>Laconia Savings Bank</u>

<u>O R D E R</u>

    I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated July 23, 2009, no objection having been filed.

    SO ORDERED.

August 11, 2009                                                       _____
                                                                            Joseph N. Laplante
                                                                            United States District Judge

cc:     Madalyn Barton Fischer , Pro se